UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **JANE DOE**, *the student; by and through her parents,* **K.M.** and **A.M.**;<br><br>    Plaintiff,[1]<br><br>v.<br><br>**KNOX COUNTY BOARD OF EDUCATION**;<br><br>    Defendant. | No.: 3:22-cv-63-KAC-DCP |

## ORDER FOR SUPPLEMENTAL BRIEFING

On March 3, 2022, the Court held a hearing on Plaintiff's "Motion for Temporary Restraining Order and Preliminary Injunction" [Doc. 2]. At the hearing, the Parties expressed a desire and willingness to provide supplemental briefing on specific issues that they were not in a position to fully address at the hearing [*See* Doc. 21]. The Court concludes that expeditious supplemental briefing on specific issues may assist the Court in assessing Plaintiff's motion.

Accordingly, the Parties are each **PERMITTED** to submit one supplemental brief, **limited to ten (10) pages in length**. Each Party's brief **may address only**: (1) Plaintiff's assertion that, as a matter of law, Jane Doe is not eligible for "free appropriate public education" under the Individuals with Disabilities Education Act (IDEA), such that her Amended Complaint may not "'seek relief that is also available under' the IDEA"[2]; and (2) the specific relief that the Court should order, given the current state of this litigation, if it concludes that Doe is required to exhaust

---

[1] Plaintiff has confirmed that, as a matter of law, there is only one "plaintiff" in this case. Accordingly, the Court has amended the caption of the case.
[2] *Fry v. Napoleon Cmty. Schs.*, --- U.S. ---, 137 S. Ct. 743, 748 (2017).

1

the IDEA's administrative procedures.[3]  This supplemental brief **SHALL NOT** be used to reargue the points and authorities included in the Parties' prior briefs.  The Parties **SHALL** submit any supplemental brief on or before **March 11, 2022**.  Absent a specific request from the Court, no response to any supplemental brief will be permitted.

    IT IS SO ORDERED.

                                    KATHERINE A. CRYTZER
                                    United States District Judge

---

[3] *See, e.g.*, *L.G. v. Bd. of Educ. of Fayette Cnty.*, 775 Fed. Appx. 227, 231 n.3 (6th Cir. 2019) (unpublished).