UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

IN THE MATTER OF JANE DOE, the student, )
by and through her parents, K.M. and A.M., )
                                           )
        Plaintiffs,                        )
                                           )
v.                                         )    No. 3:22-CV-63-KAC-DCP
                                           )
KNOX COUNTY BOARD OF EDUCATION, )
                                           )
        Defendant.                         )
                                           )

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiffs' Unopposed Motion to Amend Complaint [Doc. 23]. Plaintiffs state that Defendant requested a meet and confer pursuant to the Order Governing Motions to Dismiss [Doc. 5]. During the meet and confer, Plaintiffs stated that they would like to add more factual detail illustrating why an administrative exhaustion is not required in this case. Defendant does not object to the filing of the amended complaint. Plaintiffs filed their proposed Second Amended Verified Complaint [Doc. 23-1] as an exhibit to their motion in accordance with Local Rule 15.1.

The Court finds that Plaintiffs' Motion is supported by good cause, *see* Fed. R. Civ. P. 15, and it complies with the Rules of this Court, *see* E.D. Tenn. L.R. 15.1. In addition, Defendant does not oppose the motion. Accordingly, Plaintiffs' Unopposed Motion to Amend Complaint

[**Doc. 23**] is **GRANTED**. The Clerk is **DIRECTED** to refile [Docs. 23-1] as separate entry in CM/ECF.

    **IT IS SO ORDERED**.

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge

2

Case 3:22-cv-00063-KAC-DCP   Document 26   Filed 03/11/22   Page 2 of 2   PageID #: 247