UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **JANE DOE**, *the student; by and through her parents,* **K.M.** and **A.M.**; | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No.: 3:22-cv-63-KAC-DCP<br>) |
| **KNOX COUNTY BOARD OF EDUCATION**; | )<br>)<br>) |
| Defendant. | )<br>) |

# JUDGMENT

Pursuant to the Memorandum Opinion and Order Granting Defendant's Motion to Dismiss, this action is **DISMISSED** without prejudice. The Clerk is **DIRECTED** to close the case.

IT IS SO ORDERED.

                                                 s/ Katherine A. Crytzer
                                                 KATHERINE A. CRYTZER
                                                 United States District Judge

ENTERED AS A JUDGMENT:
   *s/ LeAnna R. Wilson*
  CLERK OF COURT