UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **JANE DOE**, *the student; by and through her parents,* **K.M.** and **A.M.**; | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:22-cv-63-KAC-DCP ) |
| **KNOX COUNTY BOARD OF EDUCATION**; | ) ) ) ) |
| Defendant. | ) |

## <u>ORDER REGARDING</u><br><u>PLAINTIFF'S MOTION FOR EXPEDITED BRIEFING</u>

On April 15, 2022, Plaintiff filed a "Motion for Preliminary Injunction Pending Appeal" [Doc. 35] and "Memorandum in Support of Injunction Pending Appeal" [Doc. 37] requesting that "the Court enter a preliminary injunction prohibiting eating and gum chewing in Plaintiff's academic classes pending her appeal to the Sixth Circuit" [Doc. 35 at 1 (citing Fed. R. App. P. 8(a)(1)(C))]. On Saturday April 16, 2022, Plaintiff filed a "Motion for Expedited Briefing By April 20, 2022" [Doc. 36]. In that motion, she requests that the Court order Defendant to file "any response" [*id.* at 2] to her "Motion for Preliminary Injunction Pending Appeal" [Doc. 35] by April 20, 2022 [Doc. 36 at 2], a mere five (5) days after Plaintiff filed her motion for preliminary injunction. Plaintiff does not indicate whether her counsel consulted Defendant's counsel before filing the motion for expedited briefing or whether Defendant agreed to the expedited schedule.

This Court's Local Rules generally provide Defendant fourteen (14) days to file any response to a non-dispositive motion. *See* E.D. Tenn. L.R. 7.1. However, the Court may "set aside" the ordinary briefing schedule by order. *Id.* Here, there is good cause to expedite

1

Defendant's response to Plaintiff's "Motion for Expedited Briefing By April 20, 2022" [Doc. 36]. Accordingly, Defendant **SHALL** file any response to Plaintiff's "Motion for Expedited Briefing By April 20, 2022" [Doc. 36] <u>on or before April 19, 2022</u>.

IT IS SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge

2

Case 3:22-cv-00063-KAC-DCP   Document 39   Filed 04/18/22   Page 2 of 2   PageID #: 411