|  |  |  |
|---|---|---|
| JANE DOE, *the student; by and through her parents,* K.M. and A.M.; | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:22-cv-63-KAC-DCP |
| KNOX COUNTY BOARD OF EDUCATION; | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

This action is before the Court on (1) Plaintiff's "Unopposed Motion to Enlarge Page Limitation" [Doc. 91]; (2) Defendant's "Motion For Leave To File A Corrected Motion for Summary Judgment" [Doc. 94]; and (3) Plaintiff's "Motion to Submit Surreply" [Doc. 99].  With no opposition, the Court **GRANTS** each Motion [Docs. 91, 94, and 99].  *See* E.D. Tenn. L.R. 7.1(b), (d), 7.2.  And the Court accordingly **STRIKES** Defendant's "Statement of Undisputed Material Facts" [Doc. 89].

Further, because Defendant's "Corrected Motion for Summary Judgment" [Doc. 94-1] replaces Defendant's original "Motion for Summary Judgment" [Doc. 88], the Court **DENIES** Defendant's original "Motion for Summary Judgment" [Doc. 88] as **MOOT** without prejudice.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge