UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JANE DOE, *the student; by and through her parents,* K.M. and A.M.; | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) No.: 3:22-cv-63-KAC-DCP |
| KNOX COUNTY BOARD OF EDUCATION; | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

## ORDER

This action is before the Court on Defendant's (1) Unopposed "Seventh Motion in Limine" [Doc. 137] and (2) "Unopposed Motion to Present Virtual Trial Testimony of Dr. Cowan" [Doc. 141]. With no opposition, the Court **GRANTS** each Motion [Docs. 137, 141]. *See* E.D. Tenn. L.R. 7.2; *see also* Fed. R. Civ. P. 43(a). The Court notes that Defendant's Motion to Present Virtual Trial Testimony only seeks permission for Dr. Cowan to testify remotely [*See* Doc. 141]. To the extent that Plaintiff would request similar permission for her opinion witnesses to testify remotely (as she suggested at the Final Pretrial Conference), Plaintiff must file a motion seeking such permission.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge