UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JANE DOE, *the student; by and through her parents,* K.M. and A.M.;<br><br>Plaintiff,<br><br>v.<br><br>KNOX COUNTY BOARD OF EDUCATION;<br><br>Defendant. | No.: 3:22-cv-63-KAC-DCP |

## ORDER DENYING LATE MOTION

On December 19, after the Final Pretrial Conference, Plaintiff filed a "Motion To Restrict Gum And Food From Courtroom" [Doc. 139]. The Amended Scheduling Order [Doc. 84] required the Parties to file all motions in limine and "[a]ll nondispositive motions other than motions in limine" by November 8 [*See* Doc. 84 at 3]. Plaintiff did not seek, and the Court did not grant, permission to file this motion out of time [*See* Docs. 136, 139]. Accordingly, the Court denies Plaintiff's late "Motion To Restrict Gum And Food From Courtroom" [Doc. 139] [*See* Doc. 84 at 2 "***Except as otherwise set forth in this Order, the schedule will not change except for good cause shown in strict compliance with Rule 6(b)***"]. *See* Fed. R. Civ. P. 6(b). However, the Court will enforce its usual rules regarding consumption of food in the courtroom. *See, e.g.*, Jury Service Handbook, United States District Court for the Eastern District of Tennessee Knoxville Division at 8 (2019), https://www.tned.uscourts.gov/sites/tned/files/jury_handbook_knoxville.pdf.

SO ORDERED.

KATHERINE A. CRYTZER
United States District Judge