# United States District Court

**EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE**

JANE DOE,
Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

KNOX COUNTY BOARD OF EDUCATION.
Defendant.

CASE NUMBER: 3:22-cv-063

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the jury unanimously finds by a preponderance of the evidence that the Plaintiff, Jane Doe, failed to prove her Section 504 Rehabilitation Act claim.

IT IS ORDERED AND ADJUDGED that the jury unanimously finds by a preponderance of the evidence that the Defendant, Knox County Board of Education, did prove its affirmative defense of Fundamental Alteration or Modification as related to Plaintiff's Section 504 Rehabilitation Act claim.

IT IS ORDERED AND ADJUDGED that the jury unanimously finds by a preponderance of the evidence that the Plaintiff, Jane Doe, failed to prove her Americans with Disabilities Act claim.

IT IS ORDERED AND ADJUDGED that the jury unanimously finds by a preponderance of the evidence that the Defendant, Knox County Board of Education, did prove its affirmative defense of Fundamental Alteration or Modification as related to Plaintiff's Americans with Disabilities Act claim.

January 15, 2025
Date

LeAnna R. Wilson, Clerk of Court
*s/ Jason Huffaker, Deputy Clerk*